

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00258-CV

Patrick **MINOR**,
Appellant

v.

**KENTUCKY FRIED CHICKEN**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI25097
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice
                H. Todd McCray, Justice

Delivered and Filed: July 30, 2025

DISMISSED FOR WANT OF PROSECUTION

Pro se appellant Patrick Minor appeals the trial court's April 8, 2025 final order dismissing his case for want of prosecution. Appellant's brief was originally due June 23, 2025 and was not filed. On June 25, 2025, we ordered appellant to file, by July 10, 2025: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or

otherwise responded to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).


PER CURIAM